UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| ROBERT M. OSBORNE, JR.; <br> DONNA OSBORNE; and DRI, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE <br> CORPORATION, as Receiver of the <br> business and property of DARBY <br> BANK & TRUST CO.; DRAYPROP, <br> LLC; DRAYPARK, LLC; MICHAEL <br> BROWN; REUBEN CROLL; and <br> MARLEY MANAGEMENT, INC., <br><br> Defendants. | Case No. CV411-143 <br> (prior case CV410-296) |

# ORDER

In that this case is in much the same posture as that set forth in the Court's July 27, 2011 Order in *Hunt v. Darby Bank & Trust Co.*, CV411-172, doc. 14, the Court **GRANTS** the parties' joint motion to stay discovery in this case pending resolution of the various motions before the district judge. Doc. 20 (Rule 26 Status Report) at 2 ("The Plaintiffs have filed a motion to remand (Doc. 8), and the Defendants have filed motions for summary judgment (Docs. 9, 13, 17). Recognizing this, the

parties ask the Court to enter the same order staying discovery pending resolution of the motion to remand and the dispositive motions.").[1]

This 1st day of August, 2011.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Clerk is directed to "member" this case with its "master," CV410-296.