AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Robert M. Osborne, Jr, Donna Osborne, and DR1, LLC.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV411-143,

Drayprop, LLC, Draypark, LLC, Michael Brown, Reuben Croll, and Marley Management, Inc.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/30/14, granting the Defendants' motions for summary judgment, judgment is hereby entered dismissing the case.

9/30/14
Date

Scott L.
Clerk

(By) Deputy



GAS Rev 10/1/03